UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carolyn Chapman,                                    Case No. 3:23-cv-1022

        Plaintiff,

v.                                                  JUDGMENT ENTRY

University of Toledo,

        Defendant.

For the reasons stated in the Memorandum Opinion and Order filed concurrently, Defendant's motion to dismiss is granted as to Plaintiff's Title VII claim. (Doc. No. 8). I decline to exercise supplemental jurisdiction over Plaintiff's state law employment discrimination claim and dismiss it, accordingly.

                                                              s/ Jeffrey J. Helmick
                                                              United States District Judge